**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shane M. Leska                       CHAPTER 13
        Amy M. Leska
              Debtor(s)                     BKY. NO. 22-21978 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                     Respectfully submitted,

                     /s/ **Brian C. Nicholas**
                     Brian Nicholas
                     17 Oct 2022, 13:44:12, EDT

                     Brian C. Nicholas, Esq. (317240) ☑
                     Denise Carlon, Esq. (317226) ☐
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106
                     412-430-3594
                     bkgroup@kmllawgroup.com