| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Shane M. Leska <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0865 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Amy M. Leska <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0926 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13   10/6/22 |
| Case number: | 22–21978–CMB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shane M. Leska | Amy M. Leska |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 192 Lover Jonestown Road <br> Charleroi, PA 15022 | 192 Lover Jonestown Road <br> Charleroi, PA 15022 |
| 4. | **Debtor's attorney** <br> Name and address | Kenneth Steidl <br> Steidl & Steinberg <br> Suite 2830 Gulf Tower <br> 707 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–391–8000 <br> Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br> Contact phone 412–644–2700 <br> Date: 10/25/22 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 21, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/20/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/15/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/4/23** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**11/21/22** at **10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-21978-CMB
Shane M. Leska                                                                    Chapter 13
Amy M. Leska
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 6
Date Rcvd: Oct 25, 2022     Form ID: 309iPGH     Total Noticed: 84

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane M. Leska, Amy M. Leska, 192 Lover Jonestown Road, Charleroi, PA 15022-3007 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15521032 | + | Advanced Orthopedic & Rehab LLC, 100 Trich Drive, Suite 2, Washington, PA 15301-5990 |
| 15521051 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15521053 | + | Columbia Gas of PA, PO Box 70285, Philadelphia, PA 19176-0285 |
| 15521074 | ++ | DEBT COLLECTION PARTNERS, WES MON BUILDING 2, 11 COMMERCE DRIVE, STE 208, WESTOVER WV 26501-3858 address filed with court:, Debt Collection Partners, 1109 Van Voorhis Road, Morgantown, WV 26505 |
| 15521075 | + | Debt Collection Partners, Attn: Bankruptcy, Wes Mon Bldg 2, 11 Commerce Dr, Ste 208, Westover, WV 26501-3858 |
| 15521076 | + | Dr. Brent E. Angott, 88 Wellness Way #3, Washington, PA 15301-9720 |
| 15521098 | | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Oct 25 2022 23:59:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Oct 25 2022 23:59:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Oct 26 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 25 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 26 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 25 2022 23:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 25 2022 23:59:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | Oct 26 2022 04:03:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | | |

Case 22-21978-CMB  Doc 21  Filed 10/27/22  Entered 10/28/22 00:25:16  Desc Imaged
Certificate of Notice  Page 4 of 8

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 309iPGH | Total Noticed: 84 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 26 2022 04:03:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 26 2022 04:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521034 | + | EDI: GMACFS.COM | Oct 26 2022 04:03:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15521033 | + | EDI: GMACFS.COM | Oct 26 2022 04:03:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15521035 | + | Email/Text: bk@avant.com | Oct 25 2022 23:59:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15521037 | + | Email/Text: bk@avant.com | Oct 25 2022 23:59:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15521062 | | Email/Text: cfcbackoffice@contfinco.com | Oct 25 2022 23:59:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15521063 | | Email/Text: cfcbackoffice@contfinco.com | Oct 25 2022 23:59:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15521042 | + | EDI: CAPITALONE.COM | Oct 26 2022 04:03:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521039 | + | EDI: CAPITALONE.COM | Oct 26 2022 04:03:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521046 | + | EDI: CAPONEAUTO.COM | Oct 26 2022 04:03:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15521045 | | EDI: CAPONEAUTO.COM | Oct 26 2022 04:03:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15521047 | + | EDI: CITICORP.COM | Oct 26 2022 04:03:00 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15521048 | + | EDI: CITICORP.COM | Oct 26 2022 04:03:00 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15521049 | + | EDI: CITICORP.COM | Oct 26 2022 04:03:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15521050 | + | EDI: CITICORP.COM | Oct 26 2022 04:03:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15521052 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 25 2022 23:59:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15521054 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15521055 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521057 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521056 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15521058 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity Bk/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15521059 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15521061 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521060 | + | EDI: WFNNB.COM | Oct 26 2022 04:03:00 | Comenity/Sephora, Po Box 182120, Columbus, |

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 309iPGH | Total Noticed: 84 |

| | | | | |
|---|---|---|---|---|
| | | | | OH 43218-2120 |
| 15521065 | + | EDI: CCUSA.COM | Oct 26 2022 04:03:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15521064 | + | EDI: CCUSA.COM | Oct 26 2022 04:03:00 | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15521070 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2022 00:14:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521066 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2022 00:14:06 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521078 | + | Email/Text: bankruptcy@firstelectronic.com | Oct 25 2022 23:59:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 15521077 | + | EDI: PHINGENESIS | Oct 26 2022 04:03:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521079 | + | EDI: AMINFOFP.COM | Oct 26 2022 04:03:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15521081 | + | EDI: AMINFOFP.COM | Oct 26 2022 04:03:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15521085 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 25 2022 23:59:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521083 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 25 2022 23:59:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521088 | + | EDI: PHINGENESIS | Oct 26 2022 04:03:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521087 | + | EDI: PHINGENESIS | Oct 26 2022 04:03:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521092 | + | EDI: PHINGENESIS | Oct 26 2022 04:03:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521089 | + | EDI: PHINGENESIS | Oct 26 2022 04:03:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521095 | | EDI: IRS.COM | Oct 26 2022 04:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15521096 | ^ | MEBN | Oct 25 2022 23:57:57 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 15521097 | ^ | MEBN | Oct 25 2022 23:58:02 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 15521107 | | Email/Text: ml-ebn@missionlane.com | Oct 25 2022 23:59:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15521106 | | Email/Text: ml-ebn@missionlane.com | Oct 25 2022 23:59:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15521100 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 25 2022 23:59:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15521099 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 25 2022 23:59:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15521101 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2022 00:14:11 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521102 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2022 00:14:01 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521104 | + | EDI: AISMIDFIRST | Oct 26 2022 04:03:00 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15521105 | + | EDI: AISMIDFIRST | | |

Case 22-21978-CMB   Doc 21   Filed 10/27/22   Entered 10/28/22 00:25:16   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 309iPGH | Total Noticed: 84 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 26 2022 04:03:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15521109 | + | EDI: AGFINANCE.COM | Oct 26 2022 04:03:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15521108 | + | EDI: AGFINANCE.COM | Oct 26 2022 04:03:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15521421 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521111 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521110 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15521113 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521112 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15521115 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521114 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15521116 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15521117 | + | EDI: RMSC.COM | Oct 26 2022 04:03:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521120 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 25 2022 23:59:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15521118 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 25 2022 23:59:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15521122 | | Email/Text: bknotice@upgrade.com | Oct 25 2022 23:59:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521125 | | Email/Text: bknotice@upgrade.com | Oct 25 2022 23:59:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521128 | + | EDI: LCIUPSTART | Oct 26 2022 04:03:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521131 | + | EDI: LCIUPSTART | Oct 26 2022 04:03:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15527501 | ^ | MEBN | Oct 25 2022 23:58:13 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15521134 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 25 2022 23:59:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |

TOTAL: 77

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| 15521036 | *+ | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15521038 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15521043 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-21978-CMB    Doc 21    Filed 10/27/22    Entered 10/28/22 00:25:16    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 309iPGH | Total Noticed: 84 |

| | | |
|---|---|---|
| 15521044 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521040 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521041 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521071 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521072 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521073 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521067 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521068 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521069 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521080 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15521082 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15521086 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521084 | *+ | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521093 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521094 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521090 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521091 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521103 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521121 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15521119 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15521123 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521124 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521126 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521127 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521129 | *+ | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521130 | *+ | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521132 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15521133 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 1 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Debtor Shane M. Leska julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | |

on behalf of Joint Debtor Amy M. Leska julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5