UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

IN RE DEBTOR:  Shane M Leska                                                                 DATE:  10/28/2022

CASE NO. 2-22-BK-21978

**WITHDRAWAL OF PROOF OF CLAIM NUMBER** 8

COMES NOW, Quantum3 Group LLC as agent for Genesis FS Card Services Inc and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim number 8    in the amount of $ 294.54   filed on or about 10/27/2022 .

Quantum3 Group LLC as agent for Genesis FS Card Services Inc

/S/  Michelle Viscoine

Company:  Quantum3 Group LLC

Title:  Authorized Agent for Creditor

Quantum3 Group LLC

PO Box 788

Kirkland WA 98083-0788

(425) 242-7100