UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania


IN RE DEBTOR:  Shane M Leska

DATE:  10/28/2022

CASE NO. 2-22-BK-21978


**WITHDRAWAL OF PROOF OF CLAIM NUMBER** 6

COMES NOW, Quantum3 Group LLC as agent for Genesis FS Card Services Inc
and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of
claim number  6      in the amount of $ 255.47    filed on or about 10/27/2022  .


Quantum3 Group LLC as agent for Genesis FS Card Services Inc

/S/  Michelle Viscoine

Company:  Quantum3 Group LLC

Title:  Authorized Agent for Creditor


Quantum3 Group LLC

PO Box 788

Kirkland WA 98083-0788

(425) 242-7100