# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| **Shane M. Leska and** ) | Case No. 22-21978-CMB |
| **Amy M. Leska,** ) | |
| ) | **Chapter 13** |
| Debtor(s). ) | |
| _____ X | |

## ORDER OF COURT
**(Check Boxes That Apply)**

☐ **Confirming Plan on Final Basis**   ☒ **Chapter 13 Plan dated:**
                                          **October 24, 2022**

☒ **Authorizing Distributions Under Plan**   ☐ **Amended Chapter 13 dated:**
**On Interim Basis Solely as Adequate**   _____
**Protection**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $2,200 effective 11/1/22.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

    1.    **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☐    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $, beginning. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

    ☐    B. The length of the Plan is changed to a total of at least ____months. This

statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☒ C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. *Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.* The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

☐ H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

☐ I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be

determined by Trustee to pay in full during the Plan term:
_____

☐    J.   The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
_____

☒    K.   Additional Terms and Conditions:
*One Main Financial Group LLC Cl.#18 to be paid per the plan pending the outcome of the 506 action.
*Ally Financial CL # 20 gov w/ interest at 7.25%

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

A.    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

B.    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

C.    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

D.    **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

3.    **Additional Provisions. The following additional provisions apply in this case:**

      A.      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

      B.      The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      C.      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

      D.      Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      E.      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

      F.      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

      G.      The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

      H.      The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: November 25, 2022

Carlota M. Böhm  
United States Bankruptcy Judge

glb

cc: All Parties in Interest to be served by Clerk

FILED  
11/25/22 7:08 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21978-CMB
Shane M. Leska     Chapter 13
Amy M. Leska
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 6
Date Rcvd: Nov 25, 2022     Form ID: pdf900     Total Noticed: 84

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane M. Leska, Amy M. Leska, 192 Lover Jonestown Road, Charleroi, PA 15022-3007 |
| 15521032 | + | Advanced Orthopedic & Rehab LLC, 100 Trich Drive, Suite 2, Washington, PA 15301-5990 |
| 15521051 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15521053 | + | Columbia Gas of PA, PO Box 70285, Philadelphia, PA 19176-0285 |
| 15521074 | ++ | DEBT COLLECTION PARTNERS, WES MON BUILDING 2, 11 COMMERCE DRIVE, STE 208, WESTOVER WV 26501-3858 address filed with court:, Debt Collection Partners, 1109 Van Voorhis Road, Morgantown, WV 26505 |
| 15521075 | + | Debt Collection Partners, Attn: Bankruptcy, Wes Mon Bldg 2, 11 Commerce Dr, Ste 208, Westover, WV 26501-3858 |
| 15521076 | + | Dr. Brent E. Angott, 88 Wellness Way #3, Washington, PA 15301-9720 |
| 15521098 | | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2022 00:04:52 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2022 00:04:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15545742 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2022 00:04:35 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15521034 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15521033 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15521035 | + | Email/Text: bk@avant.com | Nov 26 2022 00:06:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15521037 | + | Email/Text: bk@avant.com | Nov 26 2022 00:06:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15521062 | | Email/Text: cfcbackoffice@contfinco.com | Nov 26 2022 00:05:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15521063 | | Email/Text: cfcbackoffice@contfinco.com | Nov 26 2022 00:05:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15521042 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:33 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:42 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| | | | | |
|---|---|---|---|---|
| 15521046 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 26 2022 00:04:37 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15521045 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 26 2022 00:04:53 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15544816 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 26 2022 00:04:35 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15548546 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:33 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15521047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:38 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15521048 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:46 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15521049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:53 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15521050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:38 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15521052 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 26 2022 00:06:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15521054 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15521055 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521057 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521056 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15521058 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bk/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15521059 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15521061 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 15521065 | + | Email/Text: ccusa@ccuhome.com | Nov 26 2022 00:05:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15521064 | + | Email/Text: ccusa@ccuhome.com | Nov 26 2022 00:05:00 | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15521070 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2022 00:04:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521066 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2022 00:04:35 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521078 | + | Email/Text: bankruptcy@firstelectronic.com | Nov 26 2022 00:06:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 15521077 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 26 2022 00:06:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521079 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 26 2022 00:04:44 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15521081 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 22-21978-CMB   Doc 32   Filed 11/27/22   Entered 11/28/22 00:11:38   Desc Imaged
                          Certificate of Notice   Page 7 of 10
District/off: 0315-2                          User: auto                              Page 3 of 6
Date Rcvd: Nov 25, 2022                       Form ID: pdf900                         Total Noticed: 84

| Recipient ID | | Delivery Method | Date/Time | Creditor Info |
|---|---|---|---|---|
| | | | Nov 26 2022 00:04:44 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15521085 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521083 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521088 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 26 2022 00:06:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521087 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 26 2022 00:06:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521092 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 26 2022 00:06:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521089 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 26 2022 00:06:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521095 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 26 2022 00:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15545782 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15521096 | ^ | MEBN | Nov 25 2022 23:59:18 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 15521097 | ^ | MEBN | Nov 25 2022 23:59:21 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 15543910 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:04:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15521107 | | Email/Text: ml-ebn@missionlane.com | Nov 26 2022 00:05:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15521106 | | Email/Text: ml-ebn@missionlane.com | Nov 26 2022 00:05:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15521100 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15521099 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 26 2022 00:05:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15521101 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:04:32 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521102 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:04:49 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521104 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 26 2022 00:04:50 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15521105 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 26 2022 00:04:33 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15521109 | + | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:50 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15521108 | + | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:49 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15529403 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15521421 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521111 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 26 2022 00:04:50 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521110 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:43 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15521113 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521112 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:51 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15521115 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:44 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521114 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:32 | Synchrony/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15521116 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:43 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15521117 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:32 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521120 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 26 2022 00:06:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15521118 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 26 2022 00:06:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15521122 | | Email/Text: bknotice@upgrade.com | Nov 26 2022 00:05:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521125 | | Email/Text: bknotice@upgrade.com | Nov 26 2022 00:05:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521128 | + | Email/Text: LCI@upstart.com | Nov 26 2022 00:05:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521131 | + | Email/Text: LCI@upstart.com | Nov 26 2022 00:05:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15527501 | ^ | MEBN | Nov 26 2022 00:00:32 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15521134 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 26 2022 00:06:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15543645 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 26 2022 00:06:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 76

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Quantum3 Group LLC as agent for Genesis FS Card Se |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15521036 | *+ | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15521038 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15521043 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521044 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521040 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521041 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521071 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521072 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521073 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521067 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |

| | | |
|---|---|---|
| 15521068 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521069 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521080 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15521082 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15521086 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521084 | *+ | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521093 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521094 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521090 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521091 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521103 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521121 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15521119 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15521123 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521124 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521126 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521127 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521129 | *+ | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521130 | *+ | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521132 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15521133 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 2 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Kenneth Steidl
on behalf of Debtor Shane M. Leska julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
on behalf of Joint Debtor Amy M. Leska julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Maribeth Thomas
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: auto Page 6 of 6
Date Rcvd: Nov 25, 2022 Form ID: pdf900 Total Noticed: 84

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 6