**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

Shane M. Leska
Amy M. Leska

Debtor(s).

_____

Case No. 22-21978-CMB

Chapter 13

Related to Doc. Nos. 18 & 31

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:   The Trustee

- ☐ a motion to lift stay
  as to creditor   _____

- ☐ Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated October 24, 2022
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $2,200.00 to $2,267.00 per month, effective December 2022; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                                      -1-

q    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

q    Debtor(s) shall file and serve _____ on or before _____.

q    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

q    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✗    Other: <u>The claim of Ally Bank (Claim #20) shall govern as to amount, to be paid at plan terms with payments determined by the Trustee to pay in full. The claim of Capital One Auto Finance, a division of Capital One, N.A. (Claim #19) shall govern at 7.25% interest with payments determined by the Trustee to pay in full.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this \_\_\_\_ day of _____, 202\_\_

Dated: _____

_____
United States Bankruptcy Judge

| Stipulated by: | Stipulated by: |
|---|---|
| /s/ Kenneth Steidl | /s/ Katherine DeSimone |
| Kenneth Steidl (PA I.D. #34965) | Katherine DeSimone (PA I.D. #42575) |
| Counsel to Debtor | Counsel to Chapter 13 Trustee |
| Steidl & Steinberg | Office of the Chapter 13 Trustee |
| 707 Grant Street Ste 2830 | U.S. Steel Tower – Suite 3250 |
| Pittsburgh, PA  15219 | 600 Grant Street |
| 412-391-8000 | Pittsburgh, PA  15219 |
| Ken.steidl@steidl-steinberg.com | 412-471-5566 |
|  | kdesimone@chapter13trusteewdpa.com |

/s/ Maribeth Thomas
Maribeth Thomas
Counsel to Capital One Auto Finance, a division of Capital One, N.A.
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA  15222
412-594-3949
mthomas@tuckerlaw.com

cc:   All Parties in Interest to be served by Clerk