# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

Shane M. Leska
Amy M. Leska

        Debtor(s).

Case No. 22-21978-CMB

Chapter 13

Related to Doc. Nos. 18 & 31

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❏ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: <u>The Trustee</u>

- ❏ a motion to lift stay
  as to creditor _____

- ❏ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>October 24, 2022</u>
❏ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $<u>2,200.00</u> to $<u>2,267.00</u> per <u>month,</u> effective <u>December 2022; and/or the Plan term shall be changed from ___ months to ___ months</u>.

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>The claim of Ally Bank (Claim #20) shall govern as to amount, to be paid at plan terms with payments determined by the Trustee to pay in full. The claim of Capital One Auto Finance, a division of Capital One, N.A. (Claim #19) shall govern at 7.25% interest with payments determined by the Trustee to pay in full.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 29th day of December, 2022

_Carlota M. Böhm_
glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
12/29/22 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Kenneth Steidl
Kenneth Steidl (PA I.D. #34965)
Counsel to Debtor
Steidl & Steinberg
707 Grant Street Ste 2830
Pittsburgh, PA  15219
412-391-8000
Ken.steidl@steidl-steinberg.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

/s/ Maribeth Thomas
Maribeth Thomas
Counsel to Capital One Auto Finance, a division of Capital One, N.A.
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA  15222
412-594-3949
mthomas@tuckerlaw.com

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                            Case No. 22-21978-CMB

Shane M. Leska                                    Chapter 13

Amy M. Leska

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: auto                               Page 1 of 6

Date Rcvd: Dec 29, 2022                   Form ID: pdf900                       Total Noticed: 94

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane M. Leska, Amy M. Leska, 192 Lover Jonestown Road, Charleroi, PA 15022-3007 |
| 15521032 | + | Advanced Orthopedic & Rehab LLC, 100 Trich Drive, Suite 2, Washington, PA 15301-5990 |
| 15521051 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15521053 | + | Columbia Gas of PA, PO Box 70285, Philadelphia, PA 19176-0285 |
| 15521074 | ++ | DEBT COLLECTION PARTNERS, WES MON BUILDING 2, 11 COMMERCE DRIVE, STE 208, WESTOVER WV 26501-3858 address filed with court:, Debt Collection Partners, 1109 Van Voorhis Road, Morgantown, WV 26505 |
| 15521075 | + | Debt Collection Partners, Attn: Bankruptcy, Wes Mon Bldg 2, 11 Commerce Dr, Ste 208, Westover, WV 26501-3858 |
| 15521076 | + | Dr. Brent E. Angott, 88 Wellness Way #3, Washington, PA 15301-9720 |
| 15521098 | | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2022 23:53:30 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 30 2022 00:06:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15545742 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2022 23:53:22 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15521034 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15521033 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15521035 | + | Email/Text: bk@avant.com | Dec 29 2022 23:50:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15521037 | + | Email/Text: bk@avant.com | Dec 29 2022 23:50:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15521062 | | Email/Text: cfcbackoffice@contfinco.com | Dec 29 2022 23:50:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15521063 | | Email/Text: cfcbackoffice@contfinco.com | Dec 29 2022 23:50:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15521042 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2022 23:53:22 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2022 23:53:30 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

Case 22-21978-CMB  Doc 39  Filed 12/31/22  Entered 01/01/23 00:21:12  Desc Imaged
Certificate of Notice  Page 5 of 9

| District/off: 0315-2 | User: auto | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 94 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15521046 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 29 2022 23:53:39 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15521045 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 29 2022 23:53:39 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15544816 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2022 23:53:22 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15548546 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2022 23:53:22 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15553488 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 00:06:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15521047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 00:06:48 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15521048 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 00:06:43 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15521049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 00:06:48 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15521050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 00:06:48 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15521052 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 29 2022 23:50:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15521054 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15521055 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521057 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521056 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15521058 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity Bk/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15521059 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15521061 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15521060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2022 23:50:00 | Comenity/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 15521065 | + | Email/Text: ccusa@ccuhome.com | Dec 29 2022 23:50:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15521064 | + | Email/Text: ccusa@ccuhome.com | Dec 29 2022 23:50:00 | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15521070 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2022 23:53:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521066 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2022 23:53:30 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521078 | + | Email/Text: bankruptcy@firstelectronic.com | Dec 29 2022 23:50:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 15521077 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521079 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15521081 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 29 2022 23:53:22 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| | | | Dec 29 2022 23:53:22 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15521085 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521083 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521088 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521087 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521092 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521089 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521095 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2022 23:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15554722 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2022 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15545782 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 23:53:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15521096 | ^ | MEBN | Dec 29 2022 23:48:54 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 15521097 | ^ | MEBN | Dec 29 2022 23:48:56 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 15543910 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2022 23:53:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15521107 | | Email/Text: ml-ebn@missionlane.com | Dec 29 2022 23:50:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15521106 | | Email/Text: ml-ebn@missionlane.com | Dec 29 2022 23:50:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 15521100 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15521099 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 29 2022 23:50:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15521101 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2022 23:53:22 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521102 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2022 23:53:22 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15554251 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2022 23:53:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15521104 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2022 23:53:38 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15521105 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2022 23:53:22 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15521109 | + | Email/PDF: cbp@onemainfinancial.com | Dec 29 2022 23:53:22 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15521108 | + | Email/PDF: cbp@onemainfinancial.com | Dec 29 2022 23:53:22 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |

Case 22-21978-CMB    Doc 39    Filed 12/31/22    Entered 01/01/23 00:21:12    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 4 of 6 |
| --- | --- | --- |
| Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 94 |

| ID | Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| 15554847 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 23:53:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15553752 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2022 23:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15552334 | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2022 23:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15553128 | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2022 23:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15529403 | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2022 23:50:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15553127 | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2022 23:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15553126 | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2022 23:50:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15552723 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15521421 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15521111 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:22 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521110 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:30 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15521113 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:22 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521112 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:22 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15521115 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:22 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521114 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:38 | Synchrony/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15521116 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:30 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15521117 | + Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 23:53:39 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15521120 | + Email/Text: bankruptcydepartment@tsico.com | Dec 29 2022 23:50:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15521118 | + Email/Text: bankruptcydepartment@tsico.com | Dec 29 2022 23:50:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15521122 | Email/Text: bknotice@upgrade.com | Dec 29 2022 23:50:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521125 | Email/Text: bknotice@upgrade.com | Dec 29 2022 23:50:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521128 | + Email/Text: LCI@upstart.com | Dec 29 2022 23:50:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521131 | + Email/Text: LCI@upstart.com | Dec 29 2022 23:50:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

District/off: 0315-2 | User: auto | Page 5 of 6
Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 94

| Recip ID | Bypass | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| 15527501 | ^ | MEBN | Dec 29 2022 23:49:13 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15521134 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 29 2022 23:50:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15543645 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 29 2022 23:50:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 86

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | MidFirst Bank |
| cr |  | Quantum3 Group LLC as agent for Genesis FS Card Se |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15521036 | *+ | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 15521038 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15521043 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521044 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15521040 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521041 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15521071 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521072 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521073 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15521067 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521068 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521069 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15521080 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15521082 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15521086 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521084 | *+ | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15521093 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521094 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15521090 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521091 | *+ | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15521103 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15521121 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15521119 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15521123 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521124 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15521126 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521127 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15521129 | *+ | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521130 | *+ | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15521132 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15521133 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 2 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Shane M. Leska julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Amy M. Leska julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Amy M. Leska julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Maribeth Thomas | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7