IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | AMY M LESKA and SHANE M LESKA | : | Bankruptcy No. 2-22-BK-21978 |
| | | : | Chapter 13 |
| | Debtor | : | |
| | | : | |
| | | : | Claim No. 2 |
| Movant | | : | |
| | Upstart Network, Inc | : | |
| | v. | : | |
| | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Upstart Network, Inc

    Incorrect Address:  PO BOX 1931
                            Burlingame Ca 94011

Corrected Address:

    Creditor Name:    Upstart Network, Inc

    Correct Address:   c/o Peritus Portfolio Services II, LLC
                            P.O. Box 1149
                            GRAPEVINE TX 76099

Dated    12/8/2025

                            Signature of Creditor
                            /s/ Steve Hornbeck

                            Typed Name
                            Steve Hornbeck

                            Address
                            P.O. Box 1149
                            GRAPEVINE TX 76099

                            Phone No.
                            (866) 831-5954

Exhibit C

Limited Power of Attorney

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Peritus Portfolio Services II LLC "(Agent)" as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to motor vehicle retails installment contracts and related rights which Agent is servicing for Principal.
After the date hereof:
- Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7, 11, 12, and Chapter 13 bankruptcy trustee.
- Agent can enforce, release, modify and transfer the rights and interests granted to Principal with respect to the Property, which on their face give Principal rights regarding the Property, including, but not limited to, rights with respect to insurance policies, motor vehicles, certificate of title and motor vehicle liens.
- Agent can receive and endorse, on Principal's behalf, any certificate of title related to the Property only for purposes of transferring Principal's lien to Agent.

This power of attorney is made on **18 Sept 2025**.

By: _____

STATE of _____ ) ss.
COUNTY OF _____ )
I, _____, a Notary Public in and for said County, in said State, do hereby certify that the person personally known to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.
Given under my hand and official seal this _____ day of _____, 2024.

See attached Jurat – C.S.

_____
Notary Public, State of _____
Commission Expires _____

**CALIFORNIA JURAT**　　　　　　　　　　　　　　　　　　**GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Mateo_

Subscribed and sworn to (or affirmed) before me on this _18_ day of _September_, 20_25_, by
　　Date　　　　　Month　　　　　Year

(1) _Scott Lee Darling_

(and (2) _____ ),
　　Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signature]_
　　Signature of Notary Public

[Notary Seal: CATHERINE SANTO DOMINGO, Notary Public - California, San Mateo County, Commission # 2435386, My Comm. Expires Jan 22, 2027]

*Place Notary Seal and/or Stamp Above*

———— **OPTIONAL** ————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____　Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association