**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

04/09/2026

IN RE:

| | |
|---|---|
| SHANE M. LESKA | Case No.22-21978 CMB |
| AMY M. LESKA | |
| 192 LOVER JONESTOWN ROAD | Chapter 13 |
| CHARLEROI,  PA  15022 | |
| XXX-XX-0865          Debtor(s) | |

XXX-XX-0926

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/9/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| **SYNCHRONY BANK\*\*** | | |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9628 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  PAYPAL/PRAE | |

| | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | | |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY BANK/PRAE | |

| | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | | |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  CAP 1 AUTO/PRAE | |

| | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| **KML LAW GROUP PC\*** | | |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDFIRST BANK/PRAE | |

| | Trustee Claim Number:5  INT %: 5.00% | CRED DESC:  VEHICLE |
|---|---|---|
| **ALLY BANK(\*)** | | |
| PAYMENT PROCESSING CENTER\* | Court Claim Number:20 | ACCOUNT NO.: 5911 |
| PO BOX 660618 | | |
| | CLAIM:  15,211.48 | |
| DALLAS, TX  75266-0618 | COMMENT:  $CL20GOV@TERMS/PL\*15153@5%/PL@ALLY FNCL | |

| | Trustee Claim Number:6  INT %: 7.25% | CRED DESC:  VEHICLE |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE** | | |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:19 | ACCOUNT NO.: 2836 |
| PO BOX 4360 | | |
| | CLAIM:  16,286.17 | |
| HOUSTON, TX  77210 | COMMENT:  $CL19GOV@7.25%\*PMTS/STIP OE\*16172@5%/PL | |

| | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| **MIDFIRST BANK** | | |
| ATTN BANKRUPTCY TRUSTEE PMTS\* | Court Claim Number:42 | ACCOUNT NO.: 0522 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA, OK  73118 | COMMENT:  PMT/DCLAR\*965.05/PL@MIDLAND MTG\*DKT4PMT-LMT\*BGN 11/22 | |

| | Trustee Claim Number:8  INT %: 5.00% | CRED DESC:  VEHICLE |
|---|---|---|
| **ONE MAIN FINANCIAL GRP LLC - SVCR ONE MA** | | |
| C/O ONE MAIN(\*) | Court Claim Number:18 | ACCOUNT NO.: 2010 |
| PO BOX 3251 | | |
| | CLAIM:  4,508.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  $@%/DOE-PL-CONF\*W/63 | |

| | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | | |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:24 | ACCOUNT NO.: 0926 |
| PO BOX 7317 | | |
| | CLAIM:  11,441.60 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  CL24GOV\*10k@3%/PL | |

| | Trustee Claim Number:10 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| **AVANT INC** | | |
| PO BOX 9183380 | Court Claim Number: | ACCOUNT NO.: 2026 |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60691 | COMMENT:  WEBBANK/SCH | |

| AVANT INC | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 9183380 | Court Claim Number: | ACCOUNT NO.:  7440 |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60691 | COMMENT:  WEBBANK/SCH | |

| CAPITAL ONE NA BY AMERICAN INFOSOURCE - | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:25 | ACCOUNT NO.:  5419 |
| | CLAIM:  5,114.38 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| CAPITAL ONE NA BY AMERICAN INFOSOURCE - | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:26 | ACCOUNT NO.:  5756 |
| | CLAIM:  2,589.77 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| CAPITAL ONE NA BY AMERICAN INFOSOURCE - | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:27 | ACCOUNT NO.:  2005 |
| | CLAIM:  995.45 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| CITIBANK NA | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 400 WHITE CLAY CENTER DR | Court Claim Number:39 | ACCOUNT NO.:  8080 |
| | CLAIM:  519.23 | |
| NEWARK, DE  19711 | COMMENT:  EXXONMOBIL | |

| PORTFOLIO RECOVERY ASSOCIATES LLC | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:44-2 | ACCOUNT NO.:  8994 |
| | CLAIM:  321.15 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/THD*AMD | |

| COLLECTION SERVICE CENTER INC | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.:  815K |
| PO BOX 560 | | |
| | CLAIM:  0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT: | |

| COLUMBIA GAS OF PA INC(*) | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 117 | Court Claim Number: | ACCOUNT NO.:  0008 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-0117 | COMMENT: | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 2489 | Court Claim Number:32 | ACCOUNT NO.:  2465 |
| | CLAIM:  599.17 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  VCTR SCRT | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 2489 | Court Claim Number:34 | ACCOUNT NO.:  2016 |
| | CLAIM:  1,728.36 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  WAYFAIR | |

**CLAIM RECORDS**

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:31 | ACCOUNT NO.:  6734 |
| PO BOX 2489 | | |
| | CLAIM:  1,341.71 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  ULTA | |

| QUANTUM3 GROUP LLC - AGENT FOR COMENIT | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:33 | ACCOUNT NO.:  2532 |
| PO BOX 2489 | | |
| | CLAIM:  391.44 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  SEPHORA | |

| CONTINENTAL FINANCE COMPANY | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 4550 NEW LINDEN HILL RD STE 400 | Court Claim Number: | ACCOUNT NO.:  3229 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19808 | COMMENT: | |

| ANGOTT SURGICAL | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 88 WELLNESS WY | Court Claim Number:1 | ACCOUNT NO.:  4787 |
| | CLAIM:  83.84 | |
| WASHINGTON, PA  15301 | COMMENT:  7701/SCH*DR BRENT E. ANGOTT | |

| LVNV FUNDING LLC | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:36 | ACCOUNT NO.:  0054 |
| PO BOX 10587 | | |
| | CLAIM:  1,049.09 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE | |

| LVNV FUNDING LLC | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:35 | ACCOUNT NO.:  7219 |
| PO BOX 10587 | | |
| | CLAIM:  1,025.99 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE | |

| LVNV FUNDING LLC | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:21 | ACCOUNT NO.:  8748 |
| PO BOX 10587 | | |
| | CLAIM:  656.39 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE | |

| LVNV FUNDING LLC | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:37 | ACCOUNT NO.:  9309 |
| PO BOX 10587 | | |
| | CLAIM:  622.86 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE | |

| DEBT COLLECTION PARTNER++ | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 1109 VAN VOORIS RD STE | Court Claim Number: | ACCOUNT NO.:  84X1 |
| | CLAIM:  0.00 | |
| MORGANTOWN, WV  26505 | COMMENT:  ADVANCD ORTHO REHAB/SCH | |

| QUANTUM3 GROUP LLC - AGENT GENESIS FS C | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:12 | ACCOUNT NO.:  8455 |
| PO BOX 2489 | | |
| | CLAIM:  802.44 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  6185/SCH*FIRST ELECTRONIC BANK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:40 | ACCOUNT NO.: 9354 |
| PO BOX 772813 | | |
| | CLAIM:  796.07 | |
| CHICAGO, IL  60677-2813 | COMMENT: | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:41 | ACCOUNT NO.: 4406 |
| PO BOX 772813 | | |
| | CLAIM:  746.01 | |
| CHICAGO, IL  60677-2813 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:45-2 | ACCOUNT NO.: 0105 |
| | CLAIM:  885.26 | |
| NORFOLK, VA  23541 | COMMENT:  TBOM*AMD | |

| | | |
|---|---|---|
| **FORTIVA** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105555 | Court Claim Number: | ACCOUNT NO.: 8734 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348-5555 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:10 | ACCOUNT NO.: 5479 |
| PO BOX 2489 | | |
| | CLAIM:  294.54 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  7371/SCH*FIRST ELECTRONIC BANK | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:13 | ACCOUNT NO.: 2036 |
| PO BOX 2489 | | |
| | CLAIM:  340.68 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  4750/SCH*TBOM | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:11 | ACCOUNT NO.: 2928 |
| PO BOX 2489 | | |
| | CLAIM:  275.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  TBOM | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:14 | ACCOUNT NO.: 6113 |
| PO BOX 2489 | | |
| | CLAIM:  255.47 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  3008/SCH*CELTIC BANK | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR SADINO** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:28 | ACCOUNT NO.: 2430 |
| PO BOX 2489 | | |
| | CLAIM:  6,000.84 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  FINWISE/LENDING PNT | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGNT MERCURY FINA** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:30 | ACCOUNT NO.: 9255 |
| PO BOX 2489 | | |
| | CLAIM:  968.80 | |
| KIRKLAND, WA  98083-2489 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number: | ACCOUNT NO.:  7727 |
| POB 10368 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:16 | ACCOUNT NO.:  7395 |
| POB 10368 | | |
| | CLAIM:  1,057.29 | |
| GREENVILLE, SC  29603-0368 | COMMENT: | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:17 | ACCOUNT NO.:  6802 |
| POB 10368 | | |
| | CLAIM:  369.22 | |
| GREENVILLE, SC  29603-0368 | COMMENT: | |

| | | |
|---|---|---|
| **MISSION LANE** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.:  0151 |
| | CLAIM:  0.00 | |
| ATLANTA, GA  30348 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:22 | ACCOUNT NO.:  9628 |
| PO BOX 10587 | | |
| | CLAIM:  795.68 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY/PAYPAL | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:23 | ACCOUNT NO.:  5424 |
| PO BOX 10587 | | |
| | CLAIM:  1,765.50 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY/LOWE'S | |

| | | |
|---|---|---|
| **SYNCHRONY BANK**** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:29 | ACCOUNT NO.:  5906 |
| PO BOX 41031 | | |
| | CLAIM:  114.73 | |
| NORFOLK, VA  23541 | COMMENT:  AEO/GEMB/GECRB | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:43 | ACCOUNT NO.:  1013 |
| | CLAIM:  3,587.27 | |
| CHICAGO, IL  60677-2813 | COMMENT:  SYNCHRONY/PAYPAL | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.:  2739 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR~MEDEXPRESS/SCH | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.:  3129 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR~MEDEXPRESS/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **UPGRADE** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 275 BATTERY ST 23RD FL | Court Claim Number: | ACCOUNT NO.: 7306 |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94111 | COMMENT:  NT ADR/SCH | |
| **UPGRADE** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 275 BATTERY ST 23RD FL | Court Claim Number: | ACCOUNT NO.: 3373 |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94111 | COMMENT:  NT ADR/SCH | |
| **LVNV FUNDING LLC** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:38 | ACCOUNT NO.: 8060 |
| PO BOX 10587 | | |
| | CLAIM:  4,344.37 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  WEBBANK/UPGRADE*LOAN BGN 7/30/21 | |
| **UPSTART NETWORK INC** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number:3 | ACCOUNT NO.: 7043 |
| PO BOX 1149 | | |
| | CLAIM:  6,977.43 | |
| GRAPEVINE, TX  76099 | COMMENT:  COA-DOC 58 | |
| **UPSTART NETWORK INC** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number:4 | ACCOUNT NO.: 2066 |
| PO BOX 1149 | | |
| | CLAIM:  4,702.38 | |
| GRAPEVINE, TX  76099 | COMMENT:  COA-DOC 57 | |
| **UPSTART NETWORK INC** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number:2 | ACCOUNT NO.: 8381 |
| PO BOX 1149 | | |
| | CLAIM:  4,111.49 | |
| GRAPEVINE, TX  76099 | COMMENT:  COA-DOC 56 | |
| **WEST PENN POWER*** | Trustee Claim Number:57  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY | Court Claim Number:15 | ACCOUNT NO.: 3235 |
| 5001 NASA BLVD | | |
| | CLAIM:  416.39 | |
| FAIRMONT, WV  26554 | COMMENT: | |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:58  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:5 | ACCOUNT NO.: 2036 |
| PO BOX 2489 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CL@340.68 W/DRAWN-DOC 23 | |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:59  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:6 | ACCOUNT NO.: 6113 |
| PO BOX 2489 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CL@255.47 W/DRAWN-DOC 27 | |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:60  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:7 | ACCOUNT NO.: 8455 |
| PO BOX 2489 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CL@802.44 W/DRAWN-DOC 26 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:8 | ACCOUNT NO.:  5479 |
| PO BOX 2489 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CL@294.54 W/DRAWN-DOC 25 | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:9 | ACCOUNT NO.:  2928 |
| PO BOX 2489 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CL@275 W/DRAWN-DOC 24 | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GRP LLC - SVCR ONE MA** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O ONE MAIN(*) | Court Claim Number:18 | ACCOUNT NO.:  2010 |
| PO BOX 3251 | | |
| | CLAIM:  7,342.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  CL BAL/DOE*NO GEN UNS/SCH*W/8 | |

| | | |
|---|---|---|
| **TUCKER ARENSBERG PC** | Trustee Claim Number:64  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ONE PPG PLACE - STE 1500 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15222-5401 | COMMENT:  @OBJ/CONF | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:65  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:24 | ACCOUNT NO.:  0926 |
| PO BOX 7317 | | |
| | CLAIM:  89.81 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  CL24GOV*NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **MIDFIRST BANK** | Trustee Claim Number:66  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:42 | ACCOUNT NO.:  0522 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  1,898.27 | |
| OKLAHOMA, OK  73118 | COMMENT:  CL42GOV*$0/PL@MIDLAND MTG*THRU 10/22 | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GRP LLC - SVCR ONE MA** | Trustee Claim Number:67  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O ONE MAIN(*) | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 3251 | | |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  CREATED IN ERROR | |