## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHANE M. LESKA                                     Case No. 22-21978CMB
AMY M. LESKA

          Debtor(s)
RONDA J. WINNECOUR,                                Chapter 13
Standing Chapter 13 Trustee,

       Movant                                Document No __
   vs.
ANGOTT SURGICAL++

     Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    MAIL HAS BEEN RETURNED AS UNDELIVERABLE.  CREDITO
    HAS NOT FILED A CHANGE OF ADDRESS, OR AMENDED
    CLAIM.

    **Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

ANGOTT SURGICAL++                                  Court claim# 1/Trustee CID# 24
88 WELLNESS WY
WASHINGTON, PA 15301

The Movant further certifies that on 05/18/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                /s/ Ronda J. Winnecour
                RONDA J WINNECOUR PA ID #30399
                CHAPTER 13 TRUSTEE WD PA
                600 GRANT STREET
cc:  debtor(s)                                     SUITE 3250 US STEEL TWR
    original creditor                       PITTSBURGH, PA  15219
    putative creditor                       (412) 471-5566
    counsel for debtor(s)                   cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
SHANE M. LESKA, AMY M. LESKA, 192
LOVER JONESTOWN ROAD, CHARLEROI,
PA  15022

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG PC, 436 SEVENTH AVE STE
322, KOPPERS BUILDING, PITTSBURGH,
PA  15219

ORIGINAL CREDITOR:
ANGOTT SURGICAL++, 88 WELLNESS WY
WASHINGTON, PA  15301

NEW CREDITOR: